UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21117-CIV-HUCK/O'SULLIVAN

ROLIN JEAN,

    Plaintiff,

v.

AIRPORT ALLIANCE, INC., a Florida corporation,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE IN FAIR LABOR STANDARDS ACT CASES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.  The Court notes that this is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages.  In order to assist the Court in the management of the case, and in an effort to foster its early and cost effective resolution, the partes are hereby Ordered that:

    1.   *Each* Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g*. overtime or regular) **within twenty days** from the date below.  **Each Plaintiff shall promptly serve a copy of this notice, their FLSA statement, and copies of all documents supporting his/her claim (*e.g.* time slips, pay stubs) on Defendant's counsel** when counsel for the Defendant first appears in the case or at the time of filing of the statement if Defendant's counsel has already appeared in the case.

    2.   Defendants shall file a response to Plaintiff's statement and provide Plaintiff **with copies of all documents supporting its defenses within fifteen days** of service of Plaintiff's statement.

    3.   **Referral to Magistrate for Settlement Conference**. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the parties shall conduct a Settlement Conference before Magistrate Judge John J. O'Sullivan **within 15 days after the date that Defendant's Response is due**. Plaintiff's counsel must confer with defense counsel and contact Magistrate Judge O'Sullivan's Chambers **on or before the date that Defendant's Response is due** to schedule a date for the Settlement Conference. Magistrate Judge O'Sullivan will issue an Order Scheduling Settlement

Conference outlining the time and requirements for the Settlement Conference. The Settlement Conference date may not be extended without prior approval from Magistrate Judge O'Sullivan.

4. Except as provided under Local Rule 16.2.E for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. Appearance shall be in person; telephonic appearance is prohibited, unless approved by Magistrate Judge O'Sullivan. If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All discussions, representations and statements made at the mediation conference shall be confidential and privileged.

6. **Settlement**. If the case is settled, counsel must inform the Court within three (3) days by calling Chambers.

7. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal.** It is the duty of all counsel to take all actions necessary to comply with this Order to ensure an expeditious resolution of this matter.

DONE AND ORDERED in Chambers at Miami, Florida, April 27, 2009.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Counsel of Record
Magistrate Judge O'Sullivan