UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-21117-CIV-HUCK/O'SULLIVAN

ROLIN JEAN,

    Plaintiff,

v.

AIRPORT ALLIANCE, INC,
a Florida corporation,

    Defendant,
_____/

## PLAINTIFF'S STATEMENT OF CLAIM
## PURSUANT TO COURT'S ORDER

As initially alleged in paragraph thirteen (13) of the Plaintiff's Complaint, all records concerning the number of hours actually worked by Plaintiff are in the exclusive possession and sole custody and control of the Defendant. Nevertheless, and in compliance with this Court's Order, the Plaintiff will attempt to calculate the damages owed based upon the information currently in his possession. The Plaintiff worked 50-60 hours per week throughout his two years of employment with Defendant. The Plaintiff was to be paid at $13.00 per hour. Rather than paying Plaintiff for all hours worked plus overtime, the Defendant was paying Plaintiff sporadically without overtime compensation. During the two years of employment, the Defendant shorted the Plaintiff approximately $200.00 less from each paycheck. Therefore, Plaintiff is owed approximately $20,000 in unpaid overtime compensation.

    Dated: May 18, 2009.

Respectfully submitted,

| | |
|---|---|
| WHITELOCK & ASSOCIATES, P.A. | LEVY & LEVY, P.A. |
| 300 Southeast Thirteenth Street | 300 Southeast Thirteenth Street |
| Fort Lauderdale, Florida 33316 | Fort Lauderdale, Florida 33316 |
| Telephone:  (954) 463-2001 | Telephone:   (954) 763-5722 |
| Facsimile:   (954) 463-0410 | Facsimile:    (954) 763-5723 |
| E-mail: cjwhitelock@bellsouth.net | E-mail: chad@levylevylaw.com |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| | |
| /s/Christopher J. Whitelock | /s/Chad E. Levy |
| Christopher J. Whitelock | Chad E. Levy |
| Florida Bar No. 067539 | Florida Bar No. 0851701 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Chad E. Levy
Chad E. Levy

### SERVICE LIST

AIRPORT ALLIANCE, INC
Angel Cachinero, as its Registered Agent
1030 SW 97th Ave
Miami, FL 33174