# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Miami/Dade District of FL

Case Number: 09-CV-21117-HUCK-O'SULLIVAN

Plaintiff:
**Rolin Jean**

vs.

Defendant:
**Airport Alliance, Inc, a FL corp**

For:
Chad Levy
Levy & Levy
300 Se 13th St
Ft Lauderdale, FL  33316

Received by Advantage Messenger & Process on the 24th day of April, 2009 at 3:00 pm to be served on **Angel Cachinero as Registered Agent for Airport Alliance, Inc, 1030 Sw 97th Ave, Miami, FL 33174**.

I, Donna M Rocco, do hereby affirm that on the **16th day of May, 2009** at **10:16 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Ray Pena** as **Supervisor** for **Airport Alliance, Inc**, at the address of: **3326 N.W. South River Drive, Miami, FL 33142**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/29/2009  12:00 pm   Attempted Service.
5/9/2009  10:53 am   Attempted Service. Not at this address - 1030 SW 97th Ave
5/16/2009  10:16 am   Hispanic male in his 40's with brown hair and glasses. 5' 10", 220 lbs.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.
NOTARY NOT REQUIRED PURSUANT TO  F.S.92.525(2).

**Donna M Rocco**
1543

**Advantage Messenger & Process**
7378 W Atlantic Blvd
Ste 306
Margate, FL  33063
(954) 818-6555
Our Job Serial Number: 2009000754

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f