UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21117-CIV-HUCK/O'SULLIVAN

ROLIN JEAN,

    Plaintiff,

vs.

AIRPORT ALLIANCE, INC.,
a Florida corporation,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR FINAL JUDGMENT

    This matter is before the Court on Plaintiff's Motion for Final Judgment (D.E. #9), filed July 2, 2009. Plaintiff seeks a default final judgment including actual, non-liquidated damages. Therefore, on July 15, 2009, the Court entered an order (D.E. #11) setting an evidentiary for July 22, 2009 to determine the proper damage award. The Court's July 15, 2009 Order also required Plaintiff to inform Defendant of the July 22, 2009 hearing. On July 16, 2009, Plaintiff filed a Notice informing the Court that Plaintiff had served a copy of the Court's July 15, 2009 Order on Defendant via certified mail. (D.E. #13). On July 22, 2009, the Court held an evidentiary hearing to determine the proper damage award. Defendant, having been duly noticed, did not appear at the evidentiary hearing. The Court has considered Plaintiff's July 22, 2009 testimony, Plaintiff's Affidavit in Support of Motion for Default Judgment (D.E. #9, Ex. 1.), and is otherwise duly advised in the premises. Accordingly, it is hereby

    ORDERED that Plaintiff's Motion for Final Judgment is granted. Plaintiff is awarded damages in the amount of $40,000 and costs in the amount of $380. The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as moot.

    DONE in Chambers, Miami, Florida, July 22, 2009.

                                                                          Paul C. Huck
                                                                          United States District Judge

Copies furnished to:
All counsel of record