UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-21117-CIV-HUCK/O'SULLIVAN

ROLIN JEAN,

    Plaintiff,

v.

AIRPORT ALLIANCE, INC.,

    Defendant.
_____/

## JOINT AGREED MOTION TO (1) QUASH SERVICE (2) VACATE FINAL JUDGMENT AND (3) SUBSTITUTE PROPER PARTY

ROLIN JEAN and AIRBUS ALLIANCE, INC., by and through undersigned counsel, hereby file this Joint Agreed Motion To (1) Quash Service (2) Vacate Final Judgment And (3) Substitute Proper Party, and state as follows:

This action was brought against the Defendant, AIRPORT ALLIANCE, INC. ("Airport Alliance, Inc.") by the Plaintiff, ROLIN JEAN ("Mr. Jean").  A final judgment has been entered and against Airport Alliance, Inc. (DE #14, 07/22/09).  Following this, the Court has ordered that a corporate representative of Airport Alliance, Inc. appear for deposition (DE # 19, 8/28/09 and DE # 20, 09/24/09).  The Plaintiff served Plaintiff's Notice of Non-Compliance With Court's September 24, 2009 Order (DE # 23, 10/29/09) and Notice of Compliance and (DE # 25, 11/13/09) (collectively referred to as the "Notices").  Lastly, following the Notices and a Motion for Protective Order (DE #22, 10/20/2009) filed by Teresa Ramirez, this Court entered the Order Granting In Part Motion For Protective Order (DE #28, 11/24/2009)("Order").  The Order compelled the parties to determine the corporate representative for Airport Alliance, Inc.

Case No. 09-21117-CIV-HUCK/O'SULLIVAN

During discussions pursuant to the Order, the parties determined and agreed that (a) the individuals on which the Summons (DE #5, 06/09/09) and the Notices were served are employed by Airbus Alliance, Inc. (not Airport Alliance, Inc.) and (b) that Teresa Ramirez is a shareholder of Airbus Alliance, Inc. (not Airport Alliance, Inc.) and (c) Airbus Alliance, Inc. employed Mr. Jean from July 31, 2008 until April 5, 2009 (not Airport Alliance, Inc.).  Thus the parties agree that (1) service of the Summons and Notices should be quashed, (2) the Final Judgment should be vacated, and (3) Airbus Alliance, Inc. should be substituted as the Defendant to the Complaint in the place of Airport Alliance, Inc.  Further, Airbus Alliance, Inc. has agreed to accept service of the Complaint through its counsel and has agreed to file an answer twenty days thereafter.

The parties therefore respectfully request the entry of the attached proposed Agreed Order to (1) Quash Service (2) Vacate Final Judgment and (3) Substitute Proper Party.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
E-mail: cjwhitelock@bellsouth.net
*Attorneys for Plaintiff, Rolin Jean*
/s/ Christopher J. Whitelock_____
Christopher J. Whitelock
Florida Bar No. 067539

LEVY & LEVY, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
E-mail: chad@levylevylaw.com
*Attorneys for Plaintiff, Rolin Jean*
/s/ Chad E. Levy_____
Chad E. Levy
Florida Bar No. 0851701

RICHARDS & ASSOCIATES
232 Andalusia Avenue, Suite 202
Coral Gables, Florida  33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
*Attorneys for Airbus Alliance, Inc.*
Email: rrichards@richpa.net
/s/ Richard L. Richards_____
RICHARD L. RICHARDS
Florida Bar No. 9415

Case No. 09-21117-CIV-HUCK/O'SULLIVAN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2009, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Richard L. Richards_____
      RICHARD L. RICHARDS

Case No. 09-21117-CIV-HUCK/O'SULLIVAN

## SERVICE LIST

*Rolin Jean V. Airport Alliance, Inc.*
*Case No. 09-21117-CIV-HUCK/O'SULLIVAN*

Chad Evan Levy, Esquire
Levy & Levy
300 Southeast 13th Street
Ft. Lauderdale, FL 33316
954-763-5722
Fax: 954-763-5723
Email: chad@levylevylaw.com
*Attorney for Plaintiff, Rolin Jean*
Service via transmission of Notices of
Electronic Filing generated by CM/ECF

Christopher John Whitelock, Esquire
Whitelock & Associates
300 SE 13th Street
Fort Lauderdale, FL 33316-1154
954-463-2001
Fax: 463-0410
Email: cjwhitelock@bellsouth.net
*Attorney for Plaintiff, Rolin Jean*
Service via transmission of Notices of
Electronic Filing generated by CM/ECF