UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  09-21117-CIV-HUCK/O'SULLIVAN

ROLIN JEAN,

    Plaintiff,

vs.

AIRPORT ALLIANCE, INC.,
a Florida corporation,

    Defendant.
_____/

## **ORDER**

    This matter is before the Court on the parties' "Joint Agreed Motion to (1) Quash Service (2) Vacate Final Judgment and (3) Substitute Proper Party" (D.E. #29), filed December 9, 2009.  The Court has reviewed the Motion and is otherwise duly advised in the premises.  Accordingly, it is hereby

    ORDERED that the Motion to Quash Service is granted.  Further, the Motion to Vacate Final Judgment is granted.  However, the Motion to Substitute Proper Party is denied.  This case is closed and the Court did not retain jurisdiction for the purpose of adding or changing parties.

    DONE in Chambers, Miami, Florida, December 10, 2009.

                                              _____
                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
All counsel of record